Argued and submitted June 6, convictions affirmed; sentences vacated; remanded for resentencing July 6, petition for review denied December 28, 2005 (339 Or 701)

STATE OF OREGON,
*Respondent,*

*v.*

JAMES ARNOLD SELMER,
*Appellant.*

01C-46551; A117474

114 P3d 1155

Jamesa Drake, Deputy Public Defender, argued the cause for appellant. On the briefs were Peter A. Ozanne, Executive Director, and Monica L. Finch, Deputy Public Defender, Office of Public Defense Services.

Jennifer S. Lloyd, Attorney-In-Charge, Collateral Remedies and Capital Appeals Unit, argued the cause for respondent. With her on the briefs were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Armstrong, Presiding Judge, and Brewer, Chief Judge, and Landau, Judge.*

PER CURIAM

Convictions affirmed; sentences vacated; remanded for resentencing. *State v. Gornick*, 196 Or App 397, 102 P3d 734 (2004), *rev allowed*, 338 Or 583 (2005); *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005).

---

* Landau, J., *vice* Richardson, S. J.